NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT
STATE OF LOUISIANA**

RE:   Docket Number 2021-KA-0731

State Of Louisiana

- - Versus - -

Eddie Lee Otis Bonier, Jr.

32nd Judicial District Court
Case #: 768804
Terrebonne Parish

On Application for Rehearing filed on   03/09/2022 by Eddie Lee Otis Bonier, Jr.
Rehearing                           **DENIED**
_____

J. Michael McDonald

Walter I. Lanier III

Elizabeth Wolfe

Date     MAR 2 9 2022

Rodd Naquin, Clerk